IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

FIRST COASTAL
ENTERPRISES
INC./ASCENDANT
COMMERCIAL, INS., INC.,

CASE NO. 1D14-1872

     Appellant,

v.

INOCENCIO SOSA,

     Appellee.

_____/

Opinion filed November 10, 2014.

An appeal from an order of the Judge of Compensation Claims.
Laura Roesch, Judge.

Date of Accident: March 16, 2011.

Kimberly J. Fernandes of Kelley Kronenburg, P.A., Tallahassee, for Appellant.

Paul M. Anderson of Anderson & Hart, P.A., Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.

LEWIS, C.J., CLARK, and MARSTILLER, JJ., CONCUR.